Case 2:04-cr-00020-EFS    Document 47    Filed 08/24/09

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

August 14, 2009

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Spokane

The Honorable Edward F. Shea
U.S. District Judge
Federal Building
825 Jadwin Avenue, Suite 174
Richland, WA 99352

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 24 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

RE: BURNAM, Corey M
Dkt. No. 2:04CR00020-001
**Request For Release From
RRC Placement**

Dear Judge Shea:

On April 30, 2009, Mr. Burnam appeared before Your Honor for a supervised release violation hearing. Mr. Burnam was continued on supervised release with a modification to his conditions which required him to reside at a residential reentry center (RRC) for up to 180 days. Mr. Burnam began his RRC placement on May 18, 2009, and successfully completed substance abuse treatment, which included anger management, and has complied with all program rules and requirements of Geiger RRC.

The purpose of this letter is to advise Your Honor of Mr. Burnam's progress, and compliance, since the revocation hearing, and to respectfully recommend Mr. Burnam be allowed to released from the RRC prior to completion of the 180 day term.

Mr. Burnam has maintained full-time employment since his arrival at the Geiger RRC, working as a "press apprentice" for Garland Printing. The undersigned has spoken with Mr. Burnam's supervisor, Mark Sleizer, and he rates Mr. Burnam's performance "well above average." In addition, the undersigned has confirmed that Mr. Burnam has an appropriate release address and will be residing by himself at a previously rented apartment.

Burnam, Corey M
August 14, 2009
Page 2

It appears as though Mr. Burnam has realized the seriousness of any further violations and has taken the initiative to address issues that lead to the previous violations. He has no pending legal matters with Spokane District Court, in regard to the violation of the no-contact order.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

_____  8/14/09
Samuel Najera               Date
U.S. Probation Officer

APPROVED BY:

_____ 8-14-09
Gayla S. Hunt              Date
Supervising U.S. Probation Officer

SN/csg

THE COURT ORDERS

[ ]  No Action
[X]  Release from Residential Reentry Center Placement
[ ]  Other

_____
Signature of Judicial Officer

08/24/2009
Date