PROB 12C
(7/93)

Report Date: January 15, 2010

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 19 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Corey M. Burnam          Case Number: 2:04CR00020-001

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 05/21/2004

| | |
|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking Activity, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 60 months; TSR - 36 months |
| Asst. U.S. Attorney: | Jill Bolton |
| Defense Attorney: | Rebecca Pennell |

Type of Supervision: Supervised Release

Date Supervision Commenced: 03/07/2008

Date Supervision Expires: 03/06/2011

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: On November 29, 2009, Mr. Burnam was arrested in Grand Coulee, Washington, for Attempting to Elude a Police Vehicle, in violation of RCW 46.61.024, a class C felony; Driving Under the Influence, in violation of RCW 46.61.502, a gross misdemeanor; Obstructing a Law Enforcement Officer, in violation of 9A.76.020, a misdemeanor; Resisting Arrest, in violation of RCW 9A.76.040, a misdemeanor; and False Statement to a Public Servant, in violation of RCW 9A.76.175. The maximum penalty Mr. Burnam could face as a result of the above criminal charges is 5 years confinement, a fine in the amount of $10,000, or both such fine and confinement. |
| | According to Grand Coulee police report # 09GC1248, an officer attempted to initiate a traffic stop on a vehicle driven by Mr. Burnam for driving dangerously. Mr. Burnam failed |

to stop the vehicle and led the officer on a chase that went through the city of Grand Coulee. Mr. Burnam stopped the vehicle only after he was blocked into a restaurant parking lot. He was uncooperative with the officers and attempted to resist during the apprehension process. After being restrained, Mr. Burnam continually yelled obscenities and insults at the officers.

The arresting officer could smell the odor of intoxicants on Mr. Burnam whose speech was slurred and his eyes were bloodshot and watery. Due to Mr. Burnam's demeanor and hostility, the arresting officer did not offer Mr. Burnam the opportunity to execute field sobriety tests. Open alcohol containers were found in the vehicle driven by Mr. Burnam. Several attempts were made to obtain a breathalyzer reading from the offender, however, officers were only able to obtain one BAC reading of ".222," as Mr. Burnam refused to cooperate with officers. Due to Mr. Burnam's failure to cooperate, the officers applied for, and obtained, a search warrant to extract vials of blood from Mr. Burnam to determine his level of intoxication.

Mr. Burnam was transported by officers to the Coulee Medical Center where samples of blood were obtained. Throughout this process, Mr. Burnam was uncooperative and continued his barrage of obscenities and insults toward the officer. Mr. Burnam was told several times to be quiet by hospital staff as he was scaring other patients, and he refused to comply. Mr. Burnam discontinued his behaviors only when he was placed into custody at the Grant County Jail.

Formal charges have been filed on the above crimes by Grant County. A trial date has been set for February 23, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 15, 2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Prob12C
Re: Burnam, Corey M.
January 15, 2010
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

1/19/10
Date